BRAD J. MOORE, WSBA #21802
Stritmatter Kessler Whelan Coluccio
200 Second Avenue West
Seattle, WA 98119
Telephone: 206.448.1777
Email: brad@stritmatter.com
Co-Counsel for Plaintiffs

*additional Plaintiffs' counsel on signature page*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COMMUNITY ASSOCIATION FOR RESTORATION OF THE ENVIRONMENT, INC., a Washington Non-Profit Corporation<br>    *and*<br>CENTER FOR FOOD SAFETY, INC., a Washington, D.C. Non-Profit Corporation<br><br>                    Plaintiffs,<br><br>    v.<br><br>D & A Dairy, a Washington Partnership<br><br>    *and*<br><br>D & A Dairy, LLC, a Washington Limited Liability Company,<br><br>                    Defendants. | NO. CV-13-3018-TOR<br><br>STIPULATION ON PENDING MOTIONS REGARDING HEARING DATE FOR DEFENDANTS' JOINT MOTION TO DISMISS (ECF No. 26) AND DEFENDANT HAAK DAIRY'S MOTION TO DISMISS (ECF No. 27)<br><br>Notice: 5/17/13<br>Time: 6:30 p.m.<br>Without oral argument |

Plaintiffs and Defendants respectfully move to strike all pending motions

MTN. TO STRIKE PENDING MTNS. ON HRG. DATE FOR MTNS. TO DISMISS & STIP. ON HRG. DATE - 1

1  regarding the hearing date for Defendants' Joint Motion to Dismiss and Defendant

2  Haak's Motion to Dismiss.[1]  Counsel for Plaintiffs and Defendants have met and

3  conferred concerning a hearing date for the Motions to Dismiss.  The parties

4  hereby stipulate to a hearing date of June 7, 2013 at 11:00 a.m. at the William O.

5  Douglas Federal Courthouse in Yakima, WA.

---

[1] The pending motions include Plaintiffs' Response in Opposition to Proposed Hearing Date and Request for Earlier Argument Date, Plaintiffs' Motion to Expedite Consideration of the aforementioned Response/Request, and Defendants' Reply to Plaintiffs' Response.  The relevant ECF Nos. are as follows: *CARE et al. v. Cow Palace LLC*, 13-cv-3016-TOR, ECF No. 41 (PLFs. Resp.), ECF No. 43 (PLFs. Mot. to Expedite), ECF No. 44 (DEFs. Reply); *CARE et al. v. George & Margaret, LLC et al.*, 13-cv-3017-TOR, ECF No. 29 (PLFs. Resp.), ECF No. 31 (PLFs' Mot. to Expedite), ECF No. 32 (DEFs. Reply); *CARE et al. v. D & A Dairy et al.*, 13-cv-3018-TOR, ECF No. 29 (PLFs. Resp.), ECF No. 31 (PLFs. Mot. to Expedite), ECF No. 32 (DEFs. Reply); *CARE et al. v. Henry Bosma Dairy et al.*, 13-cv-3019-TOR, ECF No. 29 (PLFs. Resp.), ECF No. 31 (PLFs. Mot. to Expedite), ECF No. 32 (DEFs. Reply); *CARE et al. v. R & M Haak & Sons Dairy et al.*, 13-cv-3026-TOR, ECF No. 29 (PLFs. Resp.), ECF No. 31 (PLFs. Mot. to Expedite), ECF No. 32 (DEFs. Reply).

Counsel have agreed that Plaintiffs will file their oppositions in response to the Motions to Dismiss on May 14, 2013.  Defendants will file their replies on or before May 28, 2013

Therefore, the Parties respectfully submit the attached proposed joint scheduling order with respect to the hearing on the Motions to Dismiss.

Submitted this 15th day of May, 2013.

<table>
<tr><td>

s/ Brad J. Moore
BRAD J. MOORE, WSBA #21802
Stritmatter Kessler Whelan Coluccio
200 Second Ave. W.
Seattle, WA  98119
Tel. 206.448.1777
E-mail: Brad@stritmatter.com

*Counsel for Plaintiffs*

</td><td>

s/ Charles M. Tebbutt
CHARLES M. TEBBUTT
Oregon State Bar No. 965790
(*pending admission to Washington State Bar*)
DANIEL C. SNYDER
Oregon State Bar No. 105127
(*pro hac vice application pending*)
Law Offices of Charles M. Tebbutt, P.C.
941 Lawrence St.
Eugene, OR 97401
Tel. 541.344.3505
E-mails:
charlie.tebbuttlaw@gmail.com
dan.tebbuttlaw@gmail.com

*Counsel for Plaintiffs*

</td></tr>
</table>

///

| | |
|---|---|
| s/ Elisabeth A. Holmes<br>ELISABETH A. HOLMES<br>Oregon State Bar No. 120254<br>(*pro hac vice application pending*)<br>PAIGE M. TOMASELLI<br>California State Bar No. 237737<br>(*pro hac vice application pending*)<br>Center for Food Safety, 2nd Floor<br>303 Sacramento Street<br>San Francisco, CA 94111<br>Tel. 415.826.2770<br>Emails:<br>eholmes@centerforfoodsafety.org<br>ptomaselli@centerforfoodsafety.org<br><br>*Counsel for Plaintiff Center for Food Safety* | s/ Jessica L. Culpepper<br>JESSICA L. CULPEPPER<br>New York Bar Member<br>(*pro hac vice application pending*)<br>Public Justice<br>1825 K Street NW, Ste. 200<br>Washington, DC 20006<br>Tel. 202.797.8600<br>E-mail: jculpepper@publicjustice.net<br><br>*Counsel for Plaintiffs* |
| s/ Debora K. Kristensen<br>DEBORA K. KRISTENSEN, WSB # 20520<br>JEFFREY C. FEREDAY, *pro hac vice*<br>PRESTON N. CARTER, *pro hac vice*<br>Givens Pursley LLP<br>601 West Bannock Street<br>P.O. Box 2720<br>Boise, ID 83701-2720<br>Tel. 208.388.1200<br>E-mails: dkk@givenspursley.com<br>jefffereday@givenspursley.com<br>prestoncarter@givenspursley.com<br><br>*Counsel for Defendant* | s/ Brendan V. Monahan<br>BRENDAN V. MONAHAN, WSB # 22315<br>DUSTIN YEAGER, WSB # 36677<br>MATHEW L. HARRINGTON, WSB # 33276<br>SEAN A. RUSSEL, WSB # 34915<br>Stokes Lawrence Velikanje Moore & Shore<br>120 North Naches Avenue<br>Yakima, WA 98901-2757<br>Tel. 509.853.3000<br>E-mails:<br>brendan.monahan@stokeslaw.com<br>dey@stokeslaw.com<br>mlh@stokeslaw.com<br>sar@stokeslaw.com<br><br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2013, I presented the foregoing document to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Brad J. Moore | brad@stritmatter.com |
| Debora Kathleen Kristensen | dkk@givenspursley.com |
| Brendan Victor Monahan | bvm@stokeslaw.com |
| Dustin E. Yaeger | dustin.yaeger@stokeslaw.com |
| Mathew Lane Harrington | MLH@stokeslaw.com |
| Sean A. Russel | sean.russel@stokeslaw.com |

And by email to:

| | |
|---|---|
| Charles M. Tebbutt, *reciprocal admission pending* | charlie.tebbuttlaw@gmail.com |
| Daniel C. Snyder, *pro hac pending* | dan.tebbuttlaw@gmail.com |
| Jessica L. Culpepper, *pro hac pending* | jculpepper@publicjustice.net |
| Elisabeth A. Holmes, *pro hac pending* | eholmes@centerforfoodsafety.org |
| Paige M. Tomaselli, *pro hac pending* | ptomaselli@centerforfoodsafety.org |

s/ Patti Sims
Patti Sims

MTN. TO STRIKE PENDING MTNS. ON HRG. DATE FOR MTNS. TO DISMISS & STIP. ON HRG. DATE - 5